MARK POE (S.B. #223714)
mpoe@gawpoe.com
RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

SETH T. COHEN (S.B. #223716)
scohen@candzlaw.com
CYNTHIA ZEDALIS (S.B. #118447)
czedalis@candzlaw.com
COHEN & ZEDALIS LLP
316 E. Marcy Street
Santa Fe, NM 87501
Telephone: (505) 466-5392
Facsimile: (505) 395-7540

Attorneys for Plaintiff ABC Distributing, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABC DISTRIBUTING, INC. <br><br> Plaintiff, <br><br> v. <br><br> SCANDANAVIAN TOBACCO GROUP LANE LTD. <br><br> Defendant. | Case No. 2:18-cv-00140 <br><br> **COMPLAINT** <br><br> JURY TRIAL DEMANDED |

Plaintiff ABC Distributing, Inc. alleges as follows:

## JURISDICTIONAL STATEMENT

1. The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because ABC is a citizen of California, with its principal place of business in this district.

## PARTIES

3. Plaintiff ABC Distributing, Inc. is a California corporation with its principal place of business in Los Angeles County, California.

4. Defendant Scandinavian Tobacco Group Lane Ltd. ("STG") is a New York corporation with its headquarters and principal place of business in Tucker, Georgia. STG produces and distributes a variety of tobacco products in commerce throughout the United States including top-selling brands of roll-your-own cigarette tobacco and pipe tobacco.

## FACTUAL ALLEGATIONS

5. ABC is a wholesale tobacco and sundries distribution company operating in Los Angeles County.

6. ABC purchases and warehouses large volumes of food, beverages and consumer products, including tobacco products, that are typically sold on the shelves of local convenience stores and markets. Small, independent wholesalers, distributors and retailers throughout California purchase goods from ABC for resale.

7. ABC has bought STG products since March of 2013, including cigarette and pipe tobacco, as well as cigars and rolling papers for cigarettes. Among STG's more well-known products are roll-your-own cigarette tobacco sold in pouches and cans under the brand name of "Bugler," and Captain Black pipe

tobacco. ABC bought and buys these products directly from STG and sells them to its customers, including smaller independent wholesalers, distributors, and retail stores.

8. Prior to 2015, STG had sold its products to ABC at low prices that allowed ABC to be a major source of STG products to its customers in California. STG later raised its prices to ABC, while still granting those low prices to other customers, like West Palm Beach, Florida-based Basik Trading, Inc., and San Jose-based Pitco Foods. Following the price increase, ABC has lost a substantial amount of business.

## FIRST CLAIM FOR RELIEF
### (California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200)

9. Plaintiff hereby incorporates and re-allege all of the preceding paragraphs.

10. STG's actions have unfairly disadvantaged ABC compared to the position it previously enjoyed in the California market.

11. ABC has lost money as a result of STG's UCL violation, by paying more for STG products than it had previously paid.

12. Due to STG's violation of the UCL, ABC is entitled to restitution of the amounts it paid to STG in excess of the prices that it had previously paid.

## SECOND CLAIM FOR RELIEF
### (Unjust Enrichment / Quasi-Contract / Restitution)

13. Plaintiff hereby incorporates and re-alleges all the preceding paragraphs as if fully set forth herein.

14. STG has received a financial benefit from ABC that it is unjust for STG to retain.

## PRAYER

**WHEREFORE**, Plaintiff ABC Distributing, Inc., prays for judgment as follows:

1. For judgment against Defendant Scandinavian Tobacco Group Lane, Ltd.;
2. For restitution;
3. For a permanent injunction against the illegal conduct alleged herein;
4. For costs; and
5. For such other and further relief as the Court deems just and proper.

Dated:  January 5, 2018                    GAW | POE LLP

By: _____
Mark Poe
Attorneys for Plaintiff ABC Distributing, Inc..